B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Buckley, Padraic J | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-4240 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5030 Arrowhead Terrace<br>Oak Forest, IL                       ZIP Code 60452 | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Buckley, Padraic J |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): Buckley, Padraic J |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Padraic J Buckley
Signature of Debtor  Padraic J Buckley

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

August 16, 2013
Date

### Signature of Attorney*

X  /s/ Gregory K. Stern
Signature of Attorney for Debtor(s)

Gregory K. Stern 6183380
Printed Name of Attorney for Debtor(s)

Gregory K. Stern, P.C.
Firm Name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Address

(312) 427-1558  Fax: (312) 427-1289
Telephone Number

August 16, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Padraic J Buckley                                                    Case No.
                                    Debtor(s)                                 Chapter    11

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Padraic J Buckley
                     Padraic J Buckley

Date: August 16, 2013

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Padraic J Buckley                                       Case No.
                           Debtor(s)                            Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ADT Security Services<br>1600 Oakbrook Drive<br>Building 200 STE 245<br>Norcross, GA 30093 | ADT Security Services<br>1600 Oakbrook Drive<br>Building 200 STE 245<br>Norcross, GA 30093 | Business Debt | Disputed | 1,019.00 |
| ADT Security Services<br>1600 Oakbrook Drive<br>Building 200 STE 245<br>Norcross, GA 30093 | ADT Security Services<br>1600 Oakbrook Drive<br>Building 200 STE 245<br>Norcross, GA 30093 | Business Debt | Disputed | 54.00 |
| Advocate - Christ Medical Center<br>4440 West 85th Street<br>Oak Lawn, IL 60453 | Advocate - Christ Medical Center<br>4440 West 85th Street<br>Oak Lawn, IL 60453 | Serivces | Disputed | 408.00 |
| Alverno Clinical Laboratories<br>1924 North Main Street<br>Crown Point, IN 46307 | Alverno Clinical Laboratories<br>1924 North Main Street<br>Crown Point, IN 46307 | Services | Disputed | 98.00 |
| AT&T<br>PO BOX 6463<br>Carol Stream, IL 60197 | AT&T<br>PO BOX 6463<br>Carol Stream, IL 60197 | Services | | 79.00 |
| AT&T Uverse<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | AT&T Uverse<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Services | | 367.00 |
| Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | Single Family Residence located at 3235 South Egyptian Trail, Peotone, Illinois | | 426,257.00<br><br>(415,000.00 secured) |
| Citibank USA<br>Citicorp Credit Services/Attn:Centralize<br>PO Box 20507<br>Kansas City, MO 64195 | Citibank USA<br>Citicorp Credit Services/Attn:Centralize<br>PO Box 20507<br>Kansas City, MO 64195 | Periodic Purchases | | 9,772.00 |
| City of Country Club Hills<br>4200 West Main Street<br>Country Club Hills, IL 60478 | City of Country Club Hills<br>4200 West Main Street<br>Country Club Hills, IL 60478 | Fines | Disputed | 600.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Padraic J Buckley  
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of Hickory Hills Treasurer 8652 West 95th Street Hickory Hills, IL 60457 | City of Hickory Hills Treasurer 8652 West 95th Street Hickory Hills, IL 60457 | Fine | Disputed | 200.00 |
| City of Oak Forest City Clerk/Collector 15440 South Central Avenue Oak Forest, IL 60452 | City of Oak Forest City Clerk/Collector 15440 South Central Avenue Oak Forest, IL 60452 | Fines | Disputed | 500.00 |
| City of Oak Lawn 9446 South Raymond Avenue Oak Lawn, IL 60453 | City of Oak Lawn 9446 South Raymond Avenue Oak Lawn, IL 60453 | Camera Violations | Disputed | 300.00 |
| Comcast 155 Industrial Dr. Elmhurst, IL 60126 | Comcast 155 Industrial Dr. Elmhurst, IL 60126 | Services | | 261.00 |
| Illinois Tollway Authority P.O. Box 5201 Lisle, IL 60532 | Illinois Tollway Authority P.O. Box 5201 Lisle, IL 60532 | Fines | Disputed | 1,001.00 |
| JPMorgan Acquisiton Corp. c/o Kimberly A. Stapleton Fidelity National Law Group 10 South LaSalle Street, Suite 2750 Chicago, IL 60603 | JPMorgan Acquisiton Corp. c/o Kimberly A. Stapleton Fidelity National Law Group Chicago, IL 60603 | Single Family Residence located at 12217 Red Clover Lane, Plainfield, Illinois | | 417,000.00 (350,000.00 secured) |
| Scott J Rusco, DO Inc. 6360 159th Street Oak Forest, IL 60452 | Scott J Rusco, DO Inc. 6360 159th Street Oak Forest, IL 60452 | Services | Disputed | 26.00 |
| State Bank of Countryside 6734 Joliet Road Countryside, IL 60525 | State Bank of Countryside 6734 Joliet Road Countryside, IL 60525 | Guaranty | Disputed | 1,145,909.34 |
| Verizon Verizon Wireless Department/Attn: Bankru PO Box 3397 Bloomington, IL 61702 | Verizon Verizon Wireless Department/Attn: Bankru PO Box 3397 Bloomington, IL 61702 | Services | | 1,725.00 |
| Village of Orland Park 14700 Ravinia Avenue Orland Park, IL 60462 | Village of Orland Park 14700 Ravinia Avenue Orland Park, IL 60462 | Fines | Disputed | 500.00 |
| Wellgroup Health Partners 333 Dixie Highway Chicago Heights, IL 60411 | Wellgroup Health Partners 333 Dixie Highway Chicago Heights, IL 60411 | Services | Disputed | 107.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Padraic J Buckley                                          Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Padraic J Buckley, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 16, 2013                     Signature  /s/ Padraic J Buckley
                                                     Padraic J Buckley
                                                     Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Padraic J Buckley                                                           Case No.
                            Debtor(s)                                              Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 15,000.00* |
   | Prior to the filing of this statement I have received | $ 15,000.00 |
   | Balance Due | $ 0.00* |

   *Plus additional fees per hourly fee schedule

2. The source of the compensation paid to me was:
   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        All services for Chapter 11 Debtor

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  August 16, 2013          /s/ Gregory K. Stern
                                 Gregory K. Stern 6183380
                                 Gregory K. Stern, P.C.
                                 53 West Jackson Boulevard
                                 Suite 1442
                                 Chicago, IL 60604
                                 (312) 427-1558  Fax: (312) 427-1289

## ATTORNEY CLIENT AGREEMENT

THIS AGREEMENT, made on August 16, 2013, is hereby entered into between Padraic J. Buckley 5030 Arrowhead Trace, Oak Forest, Illinois (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442 Chicago, Illinois (the "Attorneys").

1. The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $435.00 for services provided by Gregory K. Stern, $400.00 for services provided by Monica C. O'Brien, $450.00 for services provided by Dennis E Quaid, $300.00 for services provided by Christina M. Riepel and $200.00 for services provided by Rachel D. Stern. The Client has tendered an advance payment minimum fee retainer of $16,292.00 that the Attorneys accept on the conditions herein enumerated that will be deposited into the Attorneys' general operating account. In addition, the Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

2. The fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 7 or Chapter 11; reviewing and investigating assets, liabilities, loan and other documentation, preparation of Chapter 11 Petition, Schedules, Statement of Financial Affairs, Statement of Social Security Number(s), Notice To Individual Consumer Debtor Under §342(b), Statement of Current Monthly Income and Means Test Calculation, Declaration Regarding Electronic Filing and Certificate of Counseling, list of creditors, List of Twenty Largest Unsecured Creditors and other documents for filing, representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; defending motions to appoint Chapter 11 Trustee, preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3. The fee does not include reasonable costs and expenses, which include but are not limited to filing fees ($1,213.00), court costs, copying, postage, Westlaw expenses, credit counseling certification fees ($49.00), pre-discharge financial management course fees or credit report fees, which costs, if advanced by the Attorney, shall be reimbursed to the Attorneys by the Client.

4. Any modification of this Agreement is void unless it is in writing and is signed by both parties.

_____
Padraic J. Buckley

_____
Gregory K. Stern, P.C.

```
ADT Security Services
1600 Oakbrook Drive
Building 200 STE 245
Norcross, GA 30093


Advocate - Christ Medical Center
4440 West 85th Street
Oak Lawn, IL 60453


AFNI, Inc.
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


Alverno Clinical Laboratories
1924 North Main Street
Crown Point, IN 46307


Arnold Scott Harris, P.C.
600 West Jackson Boulevard
Chicago, IL 60661


AT&T
PO BOX 6463
Carol Stream, IL 60197


AT&T Uverse
PO Box 5014
Carol Stream, IL 60197-5014


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062


Burke & Handley
1430 Branding Street, #175
Downers Grove, IL 60515


CCR Services
PO Box 32299
Columbus, OH 43232
```

```
Certified Services Inc
1733 Washington Street
Suite 2
Waukegan, IL 60085


Citibank USA
Citicorp Credit Services/Attn:Centralize
PO Box 20507
Kansas City, MO 64195


City of Country Club Hills
4200 West Main Street
Country Club Hills, IL 60478


City of Hickory Hills
Treasurer
8652 West 95th Street
Hickory Hills, IL 60457


City of Oak Forest
City Clerk/Collector
15440 South Central Avenue
Oak Forest, IL 60452


City of Oak Lawn
9446 South Raymond Avenue
Oak Lawn, IL 60453


Comcast
155 Industrial Dr.
Elmhurst, IL 60126


Creditors Collection
PO Box 63
Kankakee, IL 60901


Frank J. Marsico, Esq
Watt Tieder Hoffar & Fitzgerald LLP
10 South Wacker Drive
Suite 2935
Chicago, IL 60606


Niall Hyde
3235 South Egyptian Trial
Peotone, IL 60468
```

```
IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164


Illinois Tollway Authority
P.O. Box 5201
Lisle, IL 60532


JPMorgan Acquisiton Corp.
c/o Kimberly A. Stapleton
Fidelity National Law Group
10 South LaSalle Street, Suite 2750
Chicago, IL 60603


Ltd Financial Services
7322 Southwest Fre
Houston, TX 77074


MCSI Inc.
PO Box 327
Palos Heights, IL 60463


Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123


MRSI
2250 East Devon Avenue
Suite 352
Des Plaines, IL 60018


Municollofam
3348 Ridge Road
Lansing, IL 60438


Pentagroup Financial, LLC
5959 Corporate Drive
Suite 1400
Houston, TX 77036


Region Recovery
5252 Hohman
Hammond, IN 46325
```

Residential Credit Slt
350 S. Grand Ave, 47th Floor
Los Angeles, CA 90071


Scott J Rusco, DO Inc.
6360 159th Street
Oak Forest, IL 60452


State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525


Statebridge Company
4600 S Syracuse St
Denver, CO 80237


Stellar Recovery Inc
1327 Highway 2 West
Kalispell, MT 59901


The Wirbicki Law Group LLC
33 West Monroe Street
Suite 1140
Chicago, IL 60603


Verizon
Verizon Wireless Department/Attn: Bankru
PO Box 3397
Bloomington, IL 61702


Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462


Virtuoso Src
4500 E Cherry Creek Sout
Denver, CO 80246


Wellgroup Health Partners
333 Dixie Highway
Chicago Heights, IL 60411