IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PADRAIC J. BUCKLEY, | ) | Case No. 13 B 32762 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | June 4, 2014 @ 10:00 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on June 4, 2014, at 10:00 a.m., I shall appear before the Honorable A. Benjamin Goldgar, or any other judge sitting in his stead, in Room 642, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion For Entry of Discharge Order and Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 28th day of May 2014.

/s/ Monica C. O'Brien
Monica C. O'Brien

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Frank J. Marsico
Albert L. Chollet, III
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
10 S. Wacker Dr., Suite 2935
Chicago, IL 60606

Janice Driggers
Burke & Handley
1430 Branding Street, #175
Downers Grove, IL 60515

**Parties Served Via First Class Mail**

Patrick J. Buckley
5030 Arrowhead Terrace
Oak Forest, Illinois 60452

ADT Security Services
5300 Oakbrook Pkwy
Suite 200
Norcross, GA 30093

Advocate - Christ Medical Center
4440 West 85th Street
Oak Lawn, IL 60453

AFNI, Inc.
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701

Alverno Clinical Laboratories
1924 North Main Street
Crown Point, IN 46307

Arnold Scott Harris, P.C.
600 West Jackson Boulevard
Chicago, IL 60661

AT&T
PO BOX 6463
Carol Stream, IL 60197

AT&T Uverse
PO Box 5014
Carol Stream, IL 60197-5014

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

CCR Services
PO Box 32299
Columbus, OH 43232

Certified Services Inc
1733 Washington Street
Suite 2
Waukegan, IL 60085

Citibank USA
Citicorp Credit Services/Attn:Centralize
PO Box 20507
Kansas City, MO 64195

City of Chicago
Department of Water
333 South State Street
Suite LL10
Chicago, Il 60604-3979

City of Country Club Hills
4200 West Main Street
Country Club Hills, IL 60478

City of Hickory Hills
Treasurer
8652 West 95th Street
Hickory Hills, IL 60457

City of Oak Forest
City Clerk/Collector
15440 South Central Avenue
Oak Forest, IL 60452

City of Oak Lawn
9446 South Raymond Avenue
Oak Lawn, IL 60453

Comcast
155 Industrial Dr.
Elmhurst, IL 60126

Cook County Treasurer
Attn: Law Department
118 North Clark Street, Room 212
Chicago, IL 60602

Creditors Collection
PO Box 63
Kankakee, IL 60901

Niall Hyde
3235 South Egyptian Trial
Peotone, IL 60468

IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164

Illinois Tollway Authority
P.O. Box 5201
Lisle, IL 60532

K&M Custom Builders, LLC
3235 South Egyptian Trial
Peotone, IL 60468

Ltd Financial Services
7322 Southwest Fre
Houston, TX 77074

M&I Development, LLC
3235 South Egyptian Trial
Peotone, IL 60468

MCSI Inc.
PO Box 327
Palos Heights, IL 60463

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123

MRSI
2250 East Devon Avenue
Suite 352
Des Plaines, IL 60018

Much Shelist
191 North Wacker
#1800
Chicago, IL 60606

Municollofam
3348 Ridge Road
Lansing, IL 60438

Pentagroup Financial, LLC
5959 Corporate Drive
Suite 1400
Houston, TX 77036

Region Recovery
5252 Hohman
Hammond, IN 46325

Residential Credit Solutions
P.O. Box 163229
Fort Worth, TX 76161-3229

Statebridge Company
4600 S Syracuse St
Denver, CO 80237

Statebridge Company, LLC
4600 South Syracuse Street
Suite 700
Denver, CO 80237

Stellar Recovery Inc
1327 Highway 2 West
Kalispell, MT 59901

Verizon
Verizon Wireless Department/Attn: Bankru
PO Box 3397
Bloomington, IL 61702

Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462

Virtuoso Servicing
4500 E Cherry Creek South
Denver, CO 80246

Wellgroup Health Partners
333 Dixie Highway
Chicago Heights, IL 60411

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PADRAIC J. BUCKLEY, | ) | Case No. 13 B 32762 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | June 4, 2014 @ 10:00 a.m. |

**MOTION TO ENTER DISCHARGE ORDER AND FINAL
DECREE CLOSINGCHAPTER 11 CASE**

Now comes Padraic J. Buckley, the Reorganized Debtor, by and through his attorneys, Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, and Rachel D. Sternl, and in support of their Motion to Enter Discharge Order, Final Decree and to Close Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On August 16, 2013, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of his property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. On April 23, 2014, this Court entered an Order Confirming the Amended Plan of Reorganization (the "Confirmation Order"). The Confirmation Order is final and not subject to appeal.

3. The Reorganized Debtor has made all required payments that have become due under the Confirmed Plan, including the payment, in full, of allowed unsecured claims.

4. With the exception of payment of the Administrative claim of Gregory K Stern, P.C., no other distributions are required under the Confirmed Plan.

5. The Reorganized Debtor has made arrangements for the payment of the Administrative Claim of Gregory K. Stern, P.C.

6. The Reorganized Debtor has made all payments required by the United States Trustee.

  7. The Reorganized Debtor's Confirmed Plan has been substantially consummated.

  8. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

  9. Pursuant to 11 U.S.C. §1141(d)(5)(A) the Reorganized Debtor requests the entry of a discharge.

  WHEREFORE, Padraic Buckley, the Reorganized Debtor, prays for an order (a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022; (b) Granting the Debtor a discharge pursuant to 11 U.S.C. §1141(d)(5)(A); and ;(c) Entering Final Decree closing the Reorganized Debtor's Chapter 11 case; and,(d) for such other relief as may be just.

                /s/ Monica C. O'Brien
                Monica C.O'Brien, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558