UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PADRAIC J. BUCKLEY,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-32762<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

**Order Allowing Final Compensation and Reimbursement of Costs and Expenses**

THIS CAUSE COMING ON TO BE HEARD on Debtor's Attorneys' Application For Allowance Of Final Compensation And Reimbursement Of Costs And Expenses, due and proper notice having been served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Gregory K. Stern, Monica C. O'Brien, and Rachel D. Stern pursuant to 11 U.S.C. §§ 330 and 331, are allowed final compensation of $43,674.00, for services rendered from August 15, 2013 through June 4, 2014, to the Debtor as Chapter 11 Debtor in Possession, and reimbursement of costs and expenses of $1,555.11.

2. The Debtor is authorized to pay the unpaid balance of the allowed final compensation and reimbursement of costs and expenses of $28,937.11 to Gregory K. Stern, Monica C. O'Brien and Rachel D. Stern, as a priority cost of administration.

Enter:

Dated: **04 JUN 2014**

United States Bankruptcy Judge

**Prepared by:**
Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20130104_bko