UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    13-32762 |
| PADRAIC J. BUCKLEY | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE DIRECTING CLERK TO ENTER
## DISCHARGE AND CLOSE CHAPTER 11 CASE

This matter coming before the court on the debtor's motion to enter discharge order and final decree closing chapter 11 case, proper notice having been served, the court having jurisdiction over the parties and subject matter and being fully advised in the premises, IT IS HEREBY ORDERED:

The clerk of the court is directed to enter the debtor's discharge pursuant to 11 U.S.C. §1141(d)(5). Upon entry of the discharge, the clerk is directed to close the case.

Enter:

Dated: 04 JUN 2014

United States Bankruptcy Judge