B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–32762**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Padraic J Buckley
 5030 Arrowhead Terrace
 Oak Forest, IL 60452

Social Security / Individual Taxpayer ID No.:
 xxx–xx–4240

Employer Tax ID / Other nos.:

## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: June 5, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

  a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

  b. Debts that are domestic support obligations;

  c. Debts for most student loans;

  d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

  e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

  f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

  g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

  h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 13-32762-ABG
Padraic J Buckley                                                        Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mgonzalez            Page 1 of 2            Date Rcvd: Jun 05, 2014
                             Form ID: b18ri             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2014.
```
db         +Padraic J Buckley,   5030 Arrowhead Terrace,   Oak Forest, IL 60452-4529
aty        +Rachel D. Stern,   53 West Jackson Boulevard,   Suite 1442,   Chicago, IL 60604-3536
20879804   +ADT Security Services,   1600 Oakbrook Drive,   Building 200 STE 245,   Norcross, GA 30093-1882
20879805    Advocate - Christ Medical Center,   4440 West 85th Street,   Oak Lawn, IL 60453
20879807   +Alverno Clinical Laboratories,   1924 North Main Street,   Crown Point, IN 46307-2340
20879811   +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
             Simi Valley, CA 93062-5170
20879812   +Burke & Handley,   1430 Branding Street, #175,   Downers Grove, IL 60515-1193
20879815  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank USA,   Citicorp Credit Services/Attn:Centralize,
             PO Box 20507,   Kansas City, MO 64195)
21016907    City of Chicago,   Department of Water,   333 South State Street,   Suite LL10,
             Chicago, Il 60604-3979
20879816   +City of Country Club Hills,   4200 West Main Street,   Country Club Hills, IL 60478-5338
20879817   +City of Hickory Hills,   Treasurer,   8652 West 95th Street,   Hickory Hills, IL 60457-1700
20879818   +City of Oak Forest,   City Clerk/Collector,   15440 South Central Avenue,
             Oak Forest, IL 60452-2104
20879819   +City of Oak Lawn,   9446 South Raymond Avenue,   Oak Lawn, IL 60453-2449
21016904   +Cook County Treasurer,   Attn: Law Department,   118 North Clark Street,   Room 212,
             Chicago, IL 60602-1589
21104795   +Darren & Lixzzie Caples,   1749 East 71st Street,   Chicago, IL 60649
20879822   +Frank J. Marsico, Esq,   Watt Tieder Hoffar & Fitzgerald LLP,   10 South Wacker Drive,
             Suite 2935,   Chicago, IL 60606-7411
20879825   +Illinois Tollway Authority,   P.O. Box 5201,   Lisle, IL 60532-5201
21016906   +JP Morgan Chase Bank, N.A.,   Home Equity & Consumer Lending Div.,   1111 Polaris Parkway,
             Columbus, OH 43240-2031
20879826   +JPMorgan Acquisiton Corp.,   c/o Kimberly A. Stapleton,   Fidelity National Law Group,
             10 South LaSalle Street, Suite 2750,   Chicago, IL 60603-1108
21016908    K&M Custom Builders, LLC,   3235 South Egyptian Trial,   Peotone, IL 60468
21016909    M&I Development, LLC,   3235 South Egyptian Trial,   Peotone, IL 60468
20964217    M.C.O.A,   Vilage of Justice,   Municipal Collections Of America, Inc,   3348 Ridge Road,
             Lansing, IL 60438-3112
20964215    M.C.O.A,   Village of Orland Park,   Municipal Collections Of America, Inc,   3348 Ridge Road,
             Lansing, IL 60438-3112
20879828   +MCSI Inc.,   PO Box 327,   Palos Heights, IL 60463-0327
21016910   +Much Shelist,   191 North Wacker,   #1800,   Chicago, IL 60606-1631
20879831   +Municollofam,   3348 Ridge Road,   Lansing, IL 60438-3112
21101678   +NATIONSTAR MORTGAGE LLC,   c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
20950466    Niall Hyde,   c/o Albert L. Chollet, III,   Watt, Tieder, Hoffar & Fitzgerald LLP,
             10 S. Wacker Dr., Ste. 2935,   Chicago, IL 60606-7411
20879823    Niall Hyde,   3235 South Egyptian Trial,   Peotone, IL 60468
20879832   #+Pentagroup Financial, LLC,   5959 Corporate Drive,   Suite 1400,   Houston, TX 77036-2311
20879833   +Region Recovery,   5252 Hohman,   Hammond, IN 46320-1723
20879834   +Residential Credit Slt,   350 S. Grand Ave, 47th Floor,   Los Angeles, CA 90071-3406
20879835   +Scott J Rusco, DO Inc.,   6360 159th Street,   Oak Forest, IL 60452-2781
20879836   +State Bank of Countryside,   6734 Joliet Road,   Countryside, IL 60525-4599
20879837   +Statebridge Company,   4600 S Syracuse St,   Denver, CO 80237-2750
20879838   +Stellar Recovery Inc,   1327 Highway 2 West,   Kalispell, MT 59901-3413
20879839   +The Wirbicki Law Group LLC,   33 West Monroe Street,   Suite 1140,   Chicago, IL 60603-5332
20879840   +Verizon,   Verizon Wireless Department/Attn: Bankru,   PO Box 3397,   Bloomington, IL 61702-3397
20879842   +Virtuoso Src,   4500 E Cherry Creek Sout,   Denver, CO 80246-1518
20879843   +Wellgroup Health Partners,   333 Dixie Highway,   Chicago Heights, IL 60411-1748
20926571   +Wilmington Savings Fund Society, FSB,,   Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20902537   +E-mail/Text: ebn@ltdfin.com Jun 05 2014 23:57:13     ADVANTAGE ASSETS II, INC,
             7322 SOUTHWEST FREEWAY, SUITE 1600,   HOUSTON, TX 77074-2134
20879806   +E-mail/PDF: recoverybankruptcy@afninet.com Jun 05 2014 23:59:40      AFNI, Inc.,
             Attention: Bankruptcy,   1310 Martin Luther King Dr,   Bloomington, IL 61701-1465
20879809   +E-mail/Text: g20956@att.com Jun 05 2014 23:58:32     AT&T,   PO BOX 6463,
             Carol Stream, IL 60197-6463
20879810    E-mail/Text: g17768@att.com Jun 05 2014 23:56:42     AT&T Uverse,   PO Box 5014,
             Carol Stream, IL 60197-5014
20879813   +E-mail/Text: jmastenb@ccrservices.com Jun 05 2014 23:56:40     CCR Services,   PO Box 32299,
             Columbus, OH 43232-0099
20879814   +E-mail/Text: contact@csicollects.com Jun 05 2014 23:58:40     Certified Services Inc,
             1733 Washington Street,   Suite 2,   Waukegan, IL 60085-5192
20879820   +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Jun 05 2014 23:57:34     Comcast,
             155 Industrial Dr.,   Elmhurst, IL 60126-1618
20879821   +E-mail/Text: clerical.department@yahoo.com Jun 05 2014 23:56:39     Creditors Collection,
             PO Box 63,   Kankakee, IL 60901-0063
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Jun 05, 2014
                               Form ID: b18ri               Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20879824      +E-mail/Text: Bankruptcy@icsystem.com Jun 05 2014 23:57:38      IC System,    Attn: Bankruptcy,
               444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
20899319      +E-mail/Text: g17768@att.com Jun 05 2014 23:56:42      Illinois Bell Telephone Company,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
20879827      +E-mail/Text: ebn@ltdfin.com Jun 05 2014 23:57:13      Ltd Financial Services,    7322 Southwest Fre,
               Houston, TX 77074-2010
20879830      +Fax: 847-227-2151 Jun 06 2014 00:45:05      MRSI,    2250 East Devon Avenue,   Suite 352,
               Des Plaines, IL 60018-4521
20879829      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2014 23:57:32      Midland Funding,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
20879841      +E-mail/Text: dgerwatowski@orland-park.il.us Jun 05 2014 23:57:32      Village of Orland Park,
               14700 Ravinia Avenue,   Orland Park, IL 60462-3134
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21016911*      K&M Custom Builders, LLC,    3235 South Egyptian Trial,   Peotone, IL 60468
21013140*     +State Bank of Countryside,   6734 Joliet Road,   Countryside, IL 60525-4599
21016905*     +The Wirbicki Law Group LLC,    33 West Monroe Street,   Suite 1140,   Chicago, IL 60603-5332
20879808     ##+Arnold Scott Harris, P.C.,   600 West Jackson Boulevard,   Chicago, IL 60661-5636
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2014 at the address(es) listed below:
              Albert L Chollet    on behalf of Creditor Niall  Hyde achollet@wthf.com,
               cdrexler@wthf.com
              Christina M Riepel    on behalf of Debtor Padraic J Buckley gstern2@flash.net
              Gregory K Stern    on behalf of Debtor Padraic J Buckley gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Janice  Driggers    on behalf of Creditor    State Bank of Countryside jdriggers@burkehandley.com
              Jessica S Naples    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               ND-Two@il.cslegal.com
              Maria  Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF
               AMERICA ALTERNATIVE LOAN TRUST 2006-7 nd-three@il.cslegal.com
              Maria  Georgopoulos    on behalf of Creditor    Nationstar Mortgage LLC nd-three@il.cslegal.com
              Maria  Georgopoulos    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Not In Its
               Individual Capacity But Solely As Trustee for Primestar-H Fund I Trust nd-three@il.cslegal.com
              Monica C O'Brien    on behalf of Debtor Padraic J Buckley gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Not In Its
               Individual Capacity But Solely As Trustee for Primestar-H Fund I Trust ND-Four@il.cslegal.com
                                                                                               TOTAL: 11
```